```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**DANIEL L. HALL, SR.,**

    Plaintiff,

v.                            Civil Action No. 2:14-cv-11643

**WARDEN DAVID BALLARD,**
Mount Olive Correctional Complex,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to the court of his Proposed Findings and Recommendation ("PF&R") for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On June 5, 2018, Magistrate Judge Tinsley entered his PF&R recommending that the complaint be dismissed pursuant to 28 U.S.C. § 1915A and § 1915(e)(2)(B).

Because neither party has filed objections, de novo review of the matter by this court has been waived.

It is, accordingly, ORDERED as follows:

1.  That the findings in Magistrate Judge Tinsley's Proposed Findings and Recommendation be, and they hereby are, adopted and incorporated in full.

2.  That the complaint be dismissed pursuant to both 28 U.S.C. § 1915A and § 1915(e)(2)(B).

3.  That this action be dismissed and removed from the docket of the court.

The Clerk is directed to forward copies of this memorandum opinion and order to the parties and United States Magistrate Judge Dwane L. Tinsley.

DATED: August 2, 2018

John T. Copenhaver, Jr.
United States District Judge